UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ORTIZ; RYUN ORTIZ,<br><br>Plaintiffs,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, et al.,<br><br>Defendants. | No. 2:23-cv-1456 TLN DB PS<br><br><br><br>ORDER |

Plaintiffs Rene Ortiz and Ryun Ortiz are proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On August 16, 2023, defendant Portfolio Recovery Associates, LLC filed a motion for an extension of time to respond to plaintiff's complaint. (ECF No. 9.) Therein, defendant asks for an extension of time because defense "counsel was just retained in this matter." (Id. at 1.) The undersigned finds that defendant has established good cause for granting an extension of time to respond.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's August 16, 2023 motion for an extension of time (ECF No. 9) is granted; and

2. Defendant is granted twenty-eight days from the date of this order to file a response to plaintiff's complaint.

Dated: August 28, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\ortiz1456.eot.ord

2