UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ORTIZ; RYUN ORTIZ,<br><br>Plaintiffs,<br><br>v.<br><br>PORTFOLIO ROCOVERY ASSOCIATION, LLC, et al.,<br><br>Defendants. | No. 2:23-cv-01456-TLN-SCR<br><br><br><br>**ORDER** |

Plaintiffs, proceeding without counsel, initiated the above captioned civil action against Defendants. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 21, 2024, the magistrate judge filed findings and recommendations which were served on the parties, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 125.) Plaintiffs filed objections to the findings and recommendations, which to the Court considered. (ECF No. 131.)

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed May 21, 2024 (ECF No. 125), are ADOPTED IN FULL;
2. The Court GRANTS Defendant Experian PLC's Motion to Dismiss (ECF No. 78);
3. The Court GRANTS Defendant Capitol One Bank USA Inc.'s Motion to Dismiss (ECF No. 85);
4. This action is DISMISSED without leave to amend;
5. The Court DENIES all other pending motions (ECF Nos. 124, 126, 128, 130, 132, 149, 151, 157, 162, 167, 168) as moot; and
6. The Clerk of Court is directed to close this case.

Date: August 23, 2024

_____
Troy L. Nunley
United States District Judge

2